IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SYLVIA FONSECA VAZQUEZ, et al.,

Plaintiffs

v.                                                              CIVIL 98-1126 (SEC)

HOSPITAL INTERAMERICANO
DE MEDICINA AVANZADA DE
HUMACAO (HIMA), et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Pedro F. Soler Muñiz, Esq., defendants by Fernando E. Agrait, Esq.

The pretrial conference memorandum is adopted. Trial time is estimated at three to four days. Exhibits are to be premarked. Proposed *voir dire*, jury instructions and verdict forms are to be presented at the beginning of trial.

In San Juan, Puerto Rico, this 5th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)