IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SYLVIA FONSECA VAZQUEZ,
et al.,

Plaintiffs

v.                                                          CIVIL 98-1126 (SEC)

HOSPITAL INTERAMERICANO
DE MEDICINA AVANZADA DE
HUMACAO (HIMA), et al.,

Defendants

## SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiffs were represented by Pedro F. Soler Muñiz, Esq., defendants by Fernando E. Agrait, Esq.

Proposals were made and considered. Should parties not be able to settle the case on the terms proposed at the conference, or otherwise, then the jury trial will commence on December 16, 1999 at 9:30 A.M. Trial will be held all day on the 17th and in the afternoons from the 20th until completed. There will be no further cancellation or continuance of this trial setting should the case not settle.

In San Juan, Puerto Rico, this 25th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)