IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SYLVIA FONSECA-VÁZQUEZ, et al.,

Plaintiffs

v.

HOSPITAL INTERAMERICANO DE
MEDICINA AVANZADA DE HUMACAO
(HIMA), et al.,

Defendants

CIVIL 98-1126 (SEC) (JA)

## ORDER

In view of plaintiffs' motion voluntarily dismissing this case, the same is hereby dismissed without costs or attorney's fees. The Clerk will enter judgment accordingly.

In San Juan, Puerto Rico, this 1st day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge