IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sylvia Fonseca-Vázquez, et al

Plaintiffs

v.                                                         Civ. 98-1126 (SEC)(JA)

Hospital Interamericano de Medicina
Avanzada de Humacao (HIMA), et al

Defendants

---

### JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an order on December 1, 1999 approving the "Motion for voluntary dismissal" filed by the plaintiffs on November 23, 1999. WHEREFORE, it is

**ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED** without costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of December, 1999.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk

s/cs: Pedro F. Soler-Muñiz
      Fernando E. Agrait